TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00063-CR

John Chynoweth, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT

NO. 0965102, HONORABLE BOB PERKINS, JUDGE PRESIDING

PER CURIAM

Appellant pleaded guilty to driving while intoxicated, felony offense. Tex. Penal Code Ann.
§§ 49.04(a), 49.09(b) (West Supp. 1997). The district court adjudged him guilty and, pursuant to a plea
bargain, assessed punishment at imprisonment for four years. Appellant filed a general notice of appeal,
and therefore may contest only jurisdictional issues and the voluntariness of his plea. Flowers v. State,
935 S.W.2d 131, 134 (Tex. Crim. App. 1996).

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and
without merit. The brief meets the requirements of Anders v. California, 386 U.S. 738 (1967), by
presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be
advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d
553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of
counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate
record and to file a pro se brief. No pro se brief has been filed.

In light of the frivolous appeal brief, we have examined the record and find no basis for
challenging the district court's jurisdiction. Further, the record reflects that appellant's decision to plead
guilty was freely and knowingly made.

The judgment of conviction is affirmed.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Affirmed

Filed: August 14, 1997

Do Not Publish